**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-21012
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

               VERSUS

               MARKUS LEONARD REECE,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CR-74-1)
_____

October 10, 1997

Before REYNALDO G. GARZA, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel.  We see no error in the district court's use of information provided by the defendant. The district court was correct to deny credit for acceptance for responsibility, and there is no error in the fact that the sentence was based on crack cocaine.  The judgment of sentence, accordingly, is AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.